**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDRA CASSIDY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1153 |
| v. | : | (D.J. MANNION) |
| | | (M.J. CARLSON) |
| **NANCY A. BERRYHILL,** | : | |
| **ACTING COMMISSIONER OF** | | |
| **SOCIAL SECURITY,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Carlson, (Doc. 10), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner of Social Security denying the plaintiff's application for benefits is **VACATED**;

**(3)** the plaintiff's request for a new administrative hearing, (Doc. 1), is **GRANTED**;

**(4)** the instant action is **REMANDED** to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. §405(g); and

**(5)** the Clerk of Court shall **CLOSE THIS CASE**.

                                                            s/ *Malachy E. Mannion*
                                                           **MALACHY E. MANNION**
                                                           **United States District Judge**

**Date: January 23, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1153-01-ORDER.wpd